MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VANESSA SULLIVAN o/b/o P.N.J.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:25-cv-00143-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND; 2:25-cv-00143-AC

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE: March 14, 2025 | /s/ *Jonathan Omar Peña*\*<br>JONATHAN OMAR PEÑA<br>(\*as authorized via e-mail on March 11, 2025)<br>Attorney for Plaintiff |
|  | MICHELE BECKWITH<br>Acting United States Attorney |
|  | MATHEW W. PILE<br>Associate General Counsel<br>Office of Program Litigation, Office 7 |
| DATE: March 14, 2025 | By: /s/ *Justin L. Martin*<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 7 |
|  | Attorneys for Defendant |

### [~~PROPOSED~~] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

DATED: March 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE